UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY E. HOWARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIME V. VIRGA, et al.,<br><br>　　　　　Defendants. | No. 2:13-cv-01521 DAD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction in this action as authorized by 28 U.S.C. § 636(c). (See ECF No. 5.)

By order filed March 31, 2014, plaintiff's complaint was dismissed and he was granted leave to file an amended complaint within thirty days. Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: May 12, 2014

_[signature: Dale A. Drozd]_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4

how1521.fta